```
                    U. S. DISTRICT COURT
                NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION
```

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT - 6 2014

JAMES N. HATTEN, CLERK
By: S. Brareron, Deputy Clerk

LISA R. LEE,

  Movant,

vs.           Case No:  1:14-CV-1453-WCO

UNITED STATES OF AMERICA,

  Respondent.

-----------------------------:

## MOTION TO EXPEDITE

NOW COMES Petitioner/Movant, Lisa R. Lee, as a pro se prisoner, to move this court, to expedite consideration of her <u>unopposed</u> MOTION TO VACATE OR SET ASIDE JUDGMENT pursuant to 28 U.S.C. 2255 [Docket Entries 88 and 106-1, 106-2, 106-3]. Petitioner/Movant also requests expedited review of her MOTION FOR SUMMARY JUDGMENT [Docket Entries 107 and 107-1], for the reasons set forth in her accompanying Memorandum in Support.

              Respectfully Submitted by,

              Lisa R. Lee, Pro Se
              USM no. 55562-019
              Tallahassee FCI
              501 Capital Circle, N.E.
October 2, 2014        Tallahassee, FL  32301

## MEMORANDUM IN SUPPORT OF MOTION TO EXPEDITE

According to 28 USC §1657(a), courts are required to "expedite the consideration of any action brought under Chapter 153 [Habeas Corpus]". Congress further ordered expedited consideration of "any other action [Summary Judgment] if good cause is shown".

The legislative history of Section 1657(a) provides that "good cause" should be found:

1) IN A CASE IN WHICH <u>FAILURE TO EXPEDITE WOULD RESULT IN MOOTNESS OR DEPRIVE THE RELIEF REQUESTED OF MUCH OF ITS VALUE</u>,

    In the instant case, defendant LEE was indicted in violation of her constitutional and statutory rights AND subsequently deprived of her constitional right to effective assistance of counsel. Exculpatory evidence was never presented to the court. Defendant Lee's daughter was threatend to coerce Lee to plead guilty.

2) IN A CASE WHERE <u>FAILURE TO EXPEDITE WOULD RESULT IN EXTRORDINARY HARDSHIP TO A LITIGANT</u>, OR

    In the instant case, defendant LEE has already been incarerated for TWICE the time that a properly calculated guideline recommends. Expedited relief is necessary to prevent FURTHER MANIFEST INJUSTICE.

3) ACTIONS WHERE THE <u>PUBLIC INTEREST IN ENFORCEMENT OF STATUTE IS PARTICULARLY STRONG</u>.

    In the instant case, defendant's Judge "led" the prosecutor to commit perjury and advocated for restitution FAR IN EXCESS of that legally supported under the MVRA. THE PUBLIC WOULD BE OUTRAGED TO KNOW THAT A JUDGE'S ABUSE OF POWER IN THIS MANNER GOES UNCHECKED AND UNCORRECTED.

Defendant Lee certifies that all the foregoing is true and correct to the best of her knowledge and makes this statement under penalty of perjury. Executed and signed this 2nd of October, 2014.

Lisa R. Lee, Pro se prisoner, FCI Tallahassee, Fl  32301 USM 55562-019

## CERTIFICATE OF SERVICE

RE: MOTION TO EXPEDITE    I, Lisa R. Lee, USMS #55562-019, a pro se prisoner, CERTIFY, that an original of this PETITIONER's PRO SE MOTION/AFFIDAVIT REQUESTING EXPEDITE OF 2255 AND SUMMARY JUDGMENT and a copy was forwarded to:

MOTION TO EXPEDITE (1 PAGE)
MEMORANDUM (1 PAGE)

3 OF EACH
U.S. District Court
Clerk of the Court
75 Spring Street S.W.
Atlanta, GA  30303

2 OF EACH
CIVIL PROCESS CLERK
U.S. Attorney's Office
600 U.S. Courthouse
75 Spring Street S.W.
Atlanta, GA  30303

Such legal correspondenced were delivered to the FCI Tallahassee's Mailbox with the required amount of POSTAGE to complete its final delivery destination via U.S. Postal Service.

Executed and submitted on OCTOBER 2, 2014, by and on behalf of

All the foregoing is CERTIFIED to be true and accurate and this statement is made under penalty of perjury pursuant to 28 USCS 1746.

*R. Lee*  PRO SE

Lisa R. Lee  USMS # 55562-019
pro se prisoner
Tallahassee, FCI
501 Capital Circle N.E.
Tallahassee, FL  32301