IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY - 3 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

LISA LEE,
        VS
UNITED STATES OF AMERICA

RE: 1:10-cr-00345-WCO-CCH
     1:14-cv-1435-WCO

NOTICE OF APPEAL

Notice is hereby given that, Lisa Lee, the petitioner, pro se, hereby appeals to the Atlanta Court of Appeals for the 11th Circuit from the order/judgment denying her request to represent herself [130] and the remaining unanswered claims in [129] and the original judgment [70] modified by the order [131], and all pleadings related thereto, entered for record in the above action on the 20th day of April, 2017.

RESPECTFULLY SUBMITTED

_____ 4-30-17

PRO SE REPRESENTATION

LISA LEE, SPC ALICEVILLE, P.O. BOX 487, ALICEVILLE, AL 35442

1 of 1

CONFIDENTIAL

# FINANCIAL AFFIDAVIT

### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE

| LISA LEE | v.s. | USA | FOR |
|---|---|---|---|
| | | | AT |

| PERSON REPRESENTED (Show your full name) | | DOCKET NUMBERS |
|---|---|---|
| LISA RENEE LEE | 1 ☒ Defendant—Adult <br> 2 ☐ Defendant - Juvenile <br> 3 ☐ Appellant <br> 4 ☐ Probation Violator <br> 5 ☐ Parole Violator <br> 6 ☐ Habeas Petitioner <br> 7 ☐ 2255 Petitioner <br> 8 ☐ Material Witness <br> 9 ☐ Other | Magistrate |

| CHARGE/OFFENSE (describe if applicable & check box →) | ☒ Felony ☐ Misdemeanor | District Court |
|---|---|---|
| Aggravated Identity Theft <br> Consp to Wire Fraud/Mail Fraud/Bank Fraud & Aid&Abet Bank Fraud | | 1:10-cr-345 |
| | | Court of Appeals |

### ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

| | | |
|---|---|---|
| **EMPLOYMENT** | Are you now ☒ Yes ☐ No ☐ Am Self-Employed | |
| | Name and address of employer: FBOP Aliceville Prison Camp, P.O. Box 487, Aliceville, AL 35442 | |
| | IF YES, how much do you earn per month? $ Avg $32/month *Fluctuating amount* | IF NO, give month and year of last employment <br> How much did you earn per month? $ |
| | If married is your Spouse employed? ☐ Yes ☒ No | |
| | IF YES, how much does your Spouse earn per month? $ | If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ |

**ASSETS**

| **OTHER INCOME** | Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No | |
|---|---|---|
| | | RECEIVED | SOURCES |
| | IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES | $ | |

| **CASH** | Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ 8.64 |
|---|---|

| **PROPERTY** | Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No | | |
|---|---|---|---|
| | | VALUE | DESCRIPTION |
| | IF YES, GIVE THE VALUE AND DESCRIBE IT $ | | |

**OBLIGATIONS & DEBTS**

| DEPENDENTS | MARITAL STATUS | Total No. of Dependents | List persons you actually support and your relationship to them |
|---|---|---|---|
| | ☐ SINGLE <br> ☐ MARRIED <br> ☐ WIDOWED <br> ☒ SEPARATED OR DIVORCED | -0- | |

| DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.) | APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|---|
| | n/a | (except restitution - contesting) | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.
The information herein is protected from public disclosure by the Judicial
Conference Policy on Public Access to Electronic Criminal Case Files

Executed on (date) APR 30, 2017

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED) ▶ *[signature]* 4-30-17

TRULINCS 55562019 - LEE, LISA R - Unit: ALI-E-E

--------------------------------------------------------------------------------------------------------

FROM: 55562019

SUBJECT: Affidavit In Support of NOTICE OF APPEAL
DATE: 04/30/2017 09:12:07 PM

AFFIDAVIT IN SUPPORT OF
     NOTICE OF APPEAL & REQUEST FOR STAY OF EXECUTION


1) On 4/27/2017, Movant/defendant spoke to her Appeal Attorney/Jesse

  Stewart and discussed how to proceed in the case.  The call was scheduled

  by Jesse Stewart (through the BOP) and was conducted in the Office of

  Movant's Counselor (Ms. Hulett).


--------------------------------------------------------------------------------

2) Movant requested again that her attorney file for Bond Pending Appeal, a

  request Movant made during the first month of the appointment of Jesse

  Stewart to Movant's case.  Now (as then) he vigorously advised against it

  citing — ---The need to keep a "laser focus" on the issues already briefed

  (tentatively scheduled for ORAL ARGUMENT, the week of June 26, 2017).


--------------------------------------------------------------------------------

3) Near the close of the phone/con, after some heated discussion (during which

  Movant informed her Appeal Attorney (Jesse Stewart) that NONE of the conduct

  alleged by the government OR cited in the PSR, is within the reach of the mail

  fraud or wire fraud (Racketeering Statutes).  Therefore, even if everything the

  government alleged were true, the court had no subject matter jurisdiction over

  the alleged conduct  IS GA STATE  common law fraud &  cannot satisfy

  the requirement for a predicate offense for RICO.  Movant's attorney didn't say

  that  was not true but advised movant that this precise argument was not raised

  in movant's initial 2255 brief; nor in movant's Appeal Court brief [before of after

  the appointment of her Appeal Attorney/Jesse Stewart]; AND IS COMPLICATED


--------------------------------------------------------------------------------

4) Movant also discussed the NON-SURETY BOND which movant/defendant was

  admitted to prior to the Judgment in this case which stated in clear, mandatory

  language that the bond SHALL remain in effect through all appeals; and, Matthew

TRULINCS 55562019 - LEE, LISA R - Unit: ALI-E-E

--------------------------------------------------------------------------------

(5) Dodge failed to raise that during sentencing. Movant's Appeal Attorney said this

was not important at this stage and he vigorously advised WE SHOULD WAIT UNTIL

such time that the Appeal Court might REMAND back to the District Court. Movant

advised her Appeal Attorney "We are still in the DIRECT APPEAL stage because when

the case went to the Appeal Court the first time, AFFIRM of the erroneous jugment

was NEVER SIGNED by any JUDGES." And, because the JUDGMENT has not been fully

EXECUTED, suggested REQUESTING bond pending appeal would be appropriate.

Jesse disagreed and once again cited the need to keep a "laser focus" for the Appeal

Court issues and mentioned that we only get 15 minutes to make our argument; and,

that we cannot raise anything not covered in our earlier briefs.

--------------------------------------------------------------------------------

6)      Movant suggested that those matters would relate back to the following

things mentioned in her 2255 brief & supplemental filings:

a) ELEMENTS of the offense  (Matthew Dodge never explained the ELEMENTS)

b) INVESTIGATION [Matthew Dodge's lack of proper investigation of the rules of the

court regarding bond, caused her to be in prison when she could have been free

during all appeals] Movant has remained continuously on appeal.

--------------------------------------------------------------------------------

7) Because Movant and her Appeal Attorney continued to disagree, movant suggested

that Jesse Stewart remove himself (and the other 3 attorneys associated with him)

from the district court case number so she (Lisa Lee) could file for bond pro se and

it was further agreed that he would      by "early next week". Movant asked that he

withdraw by the next day (Friday 4/28/2017) but he said that would be difficult for

him to manage. All the foregoing is true to the

--------------------------------------------------------------------------------

best of my knowledge and I certify it under

penalty of perjury. Respectfully Submitted by

Lisa Lee 55562-019, P.O. BOX 487, SPC, ALICEVILLE, AL 35442

4-30-17

## CERTIFICATE OF SERVICE

This is to certify, under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. §1746, that I have served a true and correct copy of the foregoing:

1) NOTICE OF APPEAL (2 COPIES)
2) FINANCIAL AFFIDAVIT (1 COPY)
3) MOTION TO STAY EXECUTION OF 4/20/17 ORDER
4) AFFIDAVIT IN SUPPORT    5) SUPERSEDEAS [1 of 1]

upon the following address(es) by placing same in a sealed envelope, bearing sufficient postage for delivery via the United States Postal Service, to:

U.S. DISTRICT COURT
ATTN: CLERK OF COURTS
75 TED TURNER DR, SW
ATLANTA DIVISION
ATLANTA, GA 30303

and deposited it in the postal box provided for inmates on the grounds of the Federal Correctional Institution, ALICEVILLE, AL, on this 30TH day of APRIL, 2017.

_____
Signature

Register No. 55562-019
Federal Correctional Institution ALICEVILLE
SPC, P.O. BOX 48
ALICEVILLE, AL 35442

Litigation is deemed FILED at the time it was delivered to prison authorities. See **Houston v. Lack**, 487 US 266, 101 L Ed 2d 245, 108 S Ct. 2379 (1988)








⇔55562-019⇔
Lisa R Lee
PO BOX 487
Satellite Prison Camp
Aliceville, AL 35442
United States



CLEARED
MAY 3 ~ 2017
U.S. Marshals
Atlanta Ga.

⇔55562-019⇔
District Court
Attn: Clerk of Court
75 TED Turner DR SW
Atlanta Division
Atlanta, GA 30303
United States

U.S. DISTRICT COURT
ATTN! CLERK OF COURT
75 TED TURNER DR SW
ATLANTA DIVISION
ATLANTA, GA 30303

UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
**404-215-1655**

May 4, 2017

Lisa R. Lee
55562-019
ALICEVILLE-CAMP
FCI ALICEVILLE
SATELLITE CAMP
P.O.BOX 487
ALICEVILLE, AL 35442
PRO SE

    **Re:**   *United States of America v. Lisa R. Lee*
        **Criminal Action No.: 1:10-cr-345-WCO**

Dear Ms. Lee:

    On May 3, 2017 we received and filed your Notice of Appeal for the above case. Please be advised that we did not receive the following:

    __X__    **Appeal fee $505.00  (Docketing fee $500.00 and Filing fee $5.00)**

    __X__    **or Application to proceed on appeal in forma pauperis.**

    __X__    **Please complete the attached appeal information sheet as directed.**

                Sincerely,

                James N. Hatten
                District Court Executive
                and Clerk of Court

        By:  P. McClam
             Deputy Clerk

cc:    USCA