# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

**DOCKETING SECTION**
404-215-1655

May 4, 2017

Clerk's Office - **USCA No. 00-00000-00**
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia  30303

Re:  *United States of America v. Lisa R. Lee*
     USDC Criminal No. 1:10-cr-345-WCO

Enclosed are documents regarding an appeal in the action referenced above.  Please acknowledge receipt of same on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copy of notice of appeal, docket, order and/or judgment, and commitment appealed from enclosed.** |
| ___ | Original record transmitted pursuant to request.  (See attached copy of request.) |
| **X** | **Appeal fees HAVE NOT been paid.** |
| ___ | Certified copy of order appointing Federal Defender Program enclosed. |
| ___ | Certified copy of CJA order appointing counsel enclosed. |
| **X** | **Appellant has been forwarded an application to proceed IFP.** |
| ___ | Appellant has been granted leave to proceed IFP, copy of order enclosed. |
| ___ | An appeal bond has been denied. |
| **X** | **District Judge appealed from is Honorable William C. O'Kelley.** |
| ___ | Other: |

The enclosed certified, record on appeal consists of:

___ Volume(s) of pleadings.                ___ Volume(s) of exhibits.

___ Volume(s) of transcripts.               ___ PSI enclosed. (SEALED)

Sincerely,

James N. Hatten
Clerk of Court

By:  **P. McClam**
     Deputy Clerk

Enclosures