FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY -5 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Lisa Lee,                    Re:   1:10-cr-00345-WCO-CCH
                                   1:14-cv-1453-WCO
vs

UNITED STATES OF AMERICA

---

NOTICE OF APPEARANCE

---

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

COMES NOW Lisa Lee, the defendant, pro se, and respectfully files notice of appearance. The defendant hereby places all parties on notice that she exercises her Sixth and Fourteenth Amendment rights to self-representation pursuant to **Farrett v. California, 422 U.S. 806, 45 L.Ed. 2d 562, 95 S.Ct. 2525 (1975)**, and will appear herein through pro se representation.

Respectfully submitted on this 2nd of May, 2017.

_____
PRO SE REPRESENTATION
Lisa Lee  #55562-019
Aliceville, FCI
Satellite Prison Camp
P.O. Box 487
Aliceville, AL  35442