# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL ACTION NO. |
| | : 1:10-CR-345-RWS-LTW |
| LISA R. LEE, | : |
| | : |
| Defendant. | : |

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Linda T. Walker [Doc. No. 213]. No objections have been filed thereto. Having carefully reviewed the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 213] is hereby approved and adopted as the opinion and order of this Court. As such, Movant's Motions to Vacate [Doc. Nos. 88 and 208] are DENIED, and a Certificate of Appealability is DENIED. The Clerk is DIRECTED to close the Civil Action, 1:14-CV-1453.

Additionally, this case is before the Court on Defendant's Motion to Withdraw Guilty Plea [Doc. No. 175], Motion to Withdraw Guilty Plea [Doc. No. 177], Motion for Preliminary Hearing [Doc. No. 179], Motion for Preliminary Hearing [Doc. No. 181], Motion to Recall Mandate [Doc. No. 205], Amended Motion to Recall Mandate [Doc. No. 206], and Motion for Reconsideration [Doc. No. 209].

Defendant has not stated a basis for the relief she seeks in these motions. Her conviction is final, and this Court has denied her habeas petitions. Her Motions [Doc. Nos. 175, 177, 179, 181, 205, 206, and 209] are DENIED.

**SO ORDERED** this 3rd day of January, 2019.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)