IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      *v.*<br><br>LISA LEE<br>      DEFENDANT. | Criminal Action No.<br><br>1:10-CR-345-RWS |

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Angela Adams herein files notice of her appearance in the above-styled case, and respectfully requests that she be added as counsel of record for the United States.

> Respectfully submitted,
>
> RYAN K. BUCHANAN
>    *United States Attorney*
>
>
> /s/ ANGELA ADAMS
>    *Assistant United States Attorney*
> Georgia Bar No. 613114
> AAdams2@usa.doj.gov
> *600 U.S. Courthouse*
> *75 Ted Turner Drive S.W.*
> *Atlanta, GA 30303*
> *(404) 581-6000   fax (404) 581-6181*

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

>	Lisa R. Lee
>	2854 Axton Cove
>	Lithia Springs, GA 30122

February 6, 2023

>	/s/ ANGELA ADAMS
>	ANGELA ADAMS
>	*Assistant United States Attorney*